**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEDAR CORPORATION F/K/A | : | |
| S&G ELECTRIC, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  11-6446 |
| AMERICAN CONTRACTORS | : | |
| INDEMNITY COMPANY and | : | |
| IES, LTD d/b/a PRIME ENERGY | : | |
| SERVICES, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *7th* day of *February*, 2012, upon consideration of Defendant American

Contractor Indemnity Company's ("ACIC") Motion for Summary Judgment on Count IV of the

Complaint (Document No. 5), the Response of Defendant Kedar Corporation f/k/a S&G Electric,

Inc. (Document No. 20), and Defendant ACIC's Reply Brief (Document No. 21), it is hereby

**ORDERED** that the Motion is **GRANTED**.  **JUDGMENT IS ENTERED** on Count IV of the

Complaint.

It is **FURTHER ORDERED** that Plaintiff shall have twenty (20) days from the date of

this Order to file an Amended Complaint adding a claim for breach of the Performance Bond

against Defendant ACIC.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.